**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:26-mj-2093-SPF | **DATE:** | May 26, 2026 |
| **HONORABLE SEAN P. FLYNN** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN GABRIEL CEDRA FERNANDEZ | | **LANGUAGE:** | N/A |
| | | **GOVERNMENT COUNSEL**<br>Karyna Valdes, AUSA | |
| | | **DEFENSE COUNSEL**<br>Ryan Maguire, AFPD | |
| **COURT REPORTER:** Digital | | **DEPUTY CLERK:** | Karina Nieves |
| **TIME:** | S: 3:31 PM<br>R: 4:16 PM- 4:25 PM<br>E: 4:45 PM | **TOTAL:** 1 hr 5 mins | **PRETRIAL:** | Charlene Cohen |
| | | **COURTROOM:** | 11B |

**PROCEEDINGS:   INITIAL APPEARANCE, PRELIMINARY HEARING, DETENTION HEARING**

Court calls the case and counsel make appearances.

Defendant present.

Defendant provided with copy of complaint.

Court advises of Defendant's Rule 5 rights and charges.

Oral Order of Due Process.

Oral motion for counsel. Motion granted and the Court appoints the Public Defender's Office. Defendant is advised that the PDs office can seek out compensation for representation.

Preliminary hearing held.

HSI Special Agent, Javier Martinez, sworn and testified. Direct examination by Government. Cross examination by defense.

Probable cause is established.

**Detention:**

Government: Seeking detention. Proffer of counsel.

Defendant: Seeking release. Proffer of counsel.

Court: The Defendant is ordered detained for reasons stated on the record.

Status Conference is scheduled for June 8, 2026, at 1:00 P.M. to see if Defendant has retained counsel. Should counsel be retained prior the hearing will be canceled.

Court adjourned.