UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE No. 8:26-mj-2093-SPF

JUAN GABRIEL CERDA FERNANDEZ

_____

**O R D E R**

This cause came before the Court for a preliminary hearing on a criminal complaint charging the Defendant with Being an Alien in the United States Without Permission After Removal; False Claim of United States Citizenship with Intent to Obtain a State Benefit; and False Representation of a Social Security Number (Doc. 1). At the hearing, the Court heard testimony from HSI Special Agent Javier Martinez regarding the Defendant's alleged involvement in this offense. For the reasons stated by the Court at the conclusion of the hearing, the Court finds there is probable cause to believe that the Defendant committed the charged crime.

SO ORDERED in Tampa, Florida, this 26TH day of May 2026.

_____
SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE