# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                          **Case No. 8:26-MJ-2093 SPF**

**JUAN GABRIEL CERDA FERNANDEZ**
_____/

## NOTICE OF APPEARANCE

The Office of the Federal Public Defender has been appointed by the Court to represent the Defendant, **JUAN GABRIEL CERDA FERNANDEZ,** in the above-styled cause.

The Clerk is requested to enter the appearance of **RYAN MAGUIRE**, Assistant Federal Public Defender, as counsel for the Defendant.

DATED this 29th day of May 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

/s/ Ryan J. Maguire
Ryan J. Maguire
Assistant Federal Public Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Email: ryan_maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of May 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Karyna Valdes, AUSA

/s/ Ryan J. Maguire
Ryan J. Maguire
Assistant Federal Public Defender