# UNITED STATES DISTRICT COURT

for the

## Middle District of Florida

United States of America

    v.

                                       Case No. 8:26-mj-02093-SPF

Juan Gabriel Cerda Fernandez,

   _____

*Defendant.*

_____

## NOTICE OF APPEARANCE

Jamaal M. Chatman, Esquire, hereby enters his appearance as counsel for Defendant Juan Gabriel Cerda Fernandez in the above-captioned matter.

All pleadings, correspondence, and other documents concerning this matter should be directed to:

Jamaal M. Chatman, Esquire

Florida Bar No. 0114388

710 Oakfield Dr., Suite 213

Brandon, Florida 33511

Telephone: (813) 667-6900

Email: jchatman@chatmanlawtampa.com

Dated: 06/01/2026

Respectfully submitted,

*Jamaal M Chatman*

/s/ Jamaal M. Chatman

Jamaal M. Chatman, Esquire

Florida Bar No. 0114388

Attorney for Defendant

710 Oakfield Dr., Suite 213

Brandon, Florida 33511

Telephone: (813) 667-6900

Email: jchatman@chatmanlawtampa.com

**CERTIFICATE OF SERVICE**


I HEREBY CERTIFY that on 06/01/2026, a true and correct copy of the foregoing Notice of Appearance was filed with the Court via CM/ECF, which will send notification of such filing to all counsel of record.


/s/ Jamaal M. Chatman

Jamaal M. Chatman, Esquire