AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED U.S. MARSHALS
2026 MAY 26 PM 1:21

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| Juan Gabriel Cerda Fernandez | ) | |
| | ) | 8:26-mj-2093-SPF |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Juan Gabriel Cerda Fernandez                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☑ Complaint

☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

Being an alien found in the United States without permission after removal, in violation of 8 U.S.C. § 1326(a) and (b)(2);
False Claim of United States Citizenship with Intent to Obtain a State Benefit, in violation of 18 U.S.C. § 1015(e); and
False Representation of a Social Security Number, in violation of 42 U.S.C. 408(a)(7)(B).

MAY 28 2026 AM9:53
FILED - USDC - FLMD - TPA

Date: 5/26/2026

_____
Issuing officer's signature

City and state:     Tampa, Florida                              SEAN P. FLYNN, U.S. Magistrate Judge
_____                    _____
                                                        Printed name and title

| Return |
|---|
| This warrant was received on *(date)* 5-26-26 , and the person was arrested on *(date)* 5-26-26 at *(city and state)* TAMPA, FL . |

Date: 5-28-26

_____
Arresting officer's signature

MICHAEL GONZALEZ   DUSM
_____
Printed name and title